# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:11CR00274 -007
Jesus Dominguez Martinez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I,  Jesus Dominguez Martinez  , have discussed with  Darryl Walker  , Pretrial Services
Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring
Program with electronic monitoring is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Jesus Dominguez Martinez    12-22-11
Jesus Dominguez Martinez        Date

Darryl Walker    12-22-11
Darryl Walker        Date

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney - Henry Carbajal         1/17/12
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel - Dale Blickenstaff         1/4/12
Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  1/17/2012 .

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer         1/17/2012
Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services